Opinion issued August
31, 2010 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00527-CV

____________

 

SPRING INDEPENDENT SCHOOL DISTRICT, Appellant

 

V.

 

HOUSTON TPA, LTD., Appellee

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2009-80700

 



 

MEMORANDUM  OPINION

Appellant Spring Independent School
District has filed an unopposed motion to dismiss the appeal.  No opinion has issued.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).








All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Keyes, Hanks, and Higley.